UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ALFRED CONTI,<br><br>    Plaintiff,<br><br>v.<br><br>MATRIXX INITIATIVES, INC., a Delaware Corporation f/k/a Gum Tech International, Inc. f/k/a Nekros International Marketing, Inc.;<br><br>ZICAM LLC, an Arizona Limited Liability Company f/k/a Gel Tech, LLC;<br><br>ZICAM SWAB PRODUCTS, LLC, an Arizona Limited Liability Company;<br><br>BOTANICAL LABORATORIES, INC., a Washington Corporation;<br><br>and<br><br>JOHN DOES 1-5,<br><br>    Defendants. | Case No. 4:10-cv-00659-GAF<br><br>**ORDER TO STAY CASE** |

    Having considered the Stipulation to Stay Case filed on July 28, 2010, it is hereby ordered that the time within which Defendants may move, answer, or otherwise respond to Plaintiff's Complaint is extended to twenty-one (21) days after this case is docketed with MDL No. 2096, pending in the U.S. District Court, District of Arizona. It is further ordered that there will be a stay of: (a) all pretrial activity in this case; (b) the period for initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure; and (c) all other discovery and pretrial deadlines, pending a decision by the Panel regarding the transfer and coordination of this action. The parties shall notify the Court of the JPML's decision regarding transfer and coordination within fourteen (14) days after that decision is received.

                                                                         s/ Gary A. Fenner<br>
                                                                         Gary A. Fenner, Judge<br>
                                                                         United States District Court

DATED: July 29, 2010